

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2021

No. 04-21-00279-CV

Maryvel **SUDAY**,
Appellant

v.

Ana **SMITH**,
Appellees

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3644CCL
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Appellant has filed a motion for a twenty-day extension of time to file a brief. We **grant** the motion and order appellant's brief filed by November 17, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court